UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Rene Marie Bumb |
| v. | : | Crim. No. 09-738 (RMB) |
| ANGELO SOLDEVILA,<br>    a/k/a "Angel," | : | |
| DANIEL SANJURJO,<br>    a/k/a "Peanut," and | : | <u>CONTINUANCE ORDER</u> |
| DANIEL VICENTY | : | |

      This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Matthew T. Smith, Assistant U.S. Attorney), and defendant Daniel Vicenty (by Dennis J. Cogan, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has a right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and this is the second continuance order entered in this matter, and the defendant having consented to an additional continuance, and for good and sufficient cause shown,

      IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

      1.  Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to

finalize a plea agreement, which would render trial of this matter unnecessary;

    2.    The defendant has consented to the aforementioned continuance; and

    3.    Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 23rd day of December, 2009,

IT IS ORDERED that:

1. Defense motions shall be filed by February 27, 2010;

2. The government's reply shall by filed by March 13, 2010;

3. The argument of the motions is scheduled for 3/17/2010 AT 11:00 AM; and

4. Trial is scheduled for 3/29/2010 AT 9:30 AM; and

IT IS FURTHER ORDERED that the period from the date of this Order and continuing through February 22, 2010, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

HON. RENÉE MARIE BUMB
United States District Judge

Form and entry
consented to:

_____
Matthew T. Smith
Assistant U.S. Attorney

_____
Dennis J. Cogan, Esq.
Counsel for defendant Daniel Vicenty